**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| A2K, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLUOR CORPORATION d/b/a <br> FLUOR MISSION SOLUTIONS, AND <br> B&H CLAIMS SERVICE, INC., <br><br> Defendants. | No. 3:26-cv-00206 |

**FLUOR CORPORATION'S MOTION TO DISMISS UNDER RULE 12(B)(6)**

Defendant Fluor Corporation ("Fluor") moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's claims against Fluor.[1]  The grounds for this motion are set forth in the Brief in Support of Fluor Corporation's Motion to Dismiss under Rule 12(b)(6) (the "Brief"), filed contemporaneously herewith.

For the reasons set forth in the Brief, Fluor respectfully requests that this Court dismiss with prejudice Plaintiff's claims against Fluor for failure to state a claim upon which relief can be granted.

---

[1] Fluor Corporation is not party to the contracts at issue.  By agreement, the parties have moved to substitute the relevant entity, Fluor Federal Services Inc.  (ECF No. 23).  This substitution has no bearing on the merits of Fluor's Motion-to-Dismiss arguments.

Dated: March 20, 2026      Respectfully submitted,

*/s/ Jason M. Powers*

Jason M. Powers
Texas Bar No. 24007867
jpowers@velaw.com
Kyle Irlbeck
Texas Bar No. 24143040
kirlbeck@velaw.com
VINSON & ELKINS L.L.P.
845 Texas Ave., Suite 4700
Houston, TX 77002
Phone: (713) 758-2522
Fax: (713) 615-5809

Adam Hudes (*Admitted Pro Hac Vice*)
ahudes@velaw.com
Marisa Poncia (*Admitted Pro Hac Vice*)
rponcia@velaw.com
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6632

Nicole Castle (*Admitted Pro Hac Vice*)
ncastle@velaw.com
VINSON & ELKINS L.L.P.
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Phone: (212) 237-0096

*Attorneys for Defendant Fluor Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Jason M. Powers*
Jason M. Powers