**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| A2K, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION d/b/a<br>FLUOR MISSION SOLUTIONS, AND<br>B&H CLAIMS SERVICE, INC.,<br><br>    Defendants. | No. 3:26-cv-00206 |

**APPENDIX IN SUPPORT OF FLUOR CORPORATION'S
MOTION TO DISMISS UNDER RULE 12(B)(6)**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Exhibit Filed Under Seal | |

Dated: March 20, 2026

Respectfully submitted,

VINSON & ELKINS L.L.P.

*/s/ Jason M. Powers*
Jason M. Powers
Texas Bar No. 24007867
jpowers@velaw.com
Kyle Irlbeck
Texas Bar No. 24143040
kirlbeck@velaw.com
VINSON & ELKINS L.L.P.
845 Texas Ave., Suite 4700
Houston, TX 77002
Phone: (713) 758-2522
Fax: (713) 615-5809

Adam Hudes (*Admitted Pro Hac Vice*)
ahudes@velaw.com
Marisa Poncia (*Admitted Pro Hac Vice*)
rponcia@velaw.com
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Phone: (202) 639-6632

Nicole Castle (*Admitted Pro Hac Vice*)
ncastle@velaw.com
VINSON & ELKINS L.L.P.
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Phone: (212) 237-0096

*Attorneys for Defendant Fluor Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Jason M. Powers*
Jason M. Powers

# Exhibit 1

# Exhibit Filed Under Seal